UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                                Case No. 23-20146

v.                                                        Hon. Nancy G. Edmunds

TODD A. MARRA,

    Defendant.
_____/

**JUDGMENT OF ACQUITTAL**

In accordance with the jury's verdict finding Defendant Todd A. Marra not guilty on all four counts in the Indictment,

IT IS HEREBY ORDERED AND ADJUDGED that Defendant is acquitted, discharged, and any bond exonerated.

SO ORDERED.

                                              s/Nancy G. Edmunds
                                              Nancy G. Edmunds
                                              United States District Judge

Dated: November 7, 2023


I hereby certify that a copy of the foregoing document was served upon counsel of record on November 7, 2023, by electronic and/or ordinary mail.

                                              s/Lisa Bartlett
                                              Case Manager